NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————————

**ERIC WILLIAMS,**
*Petitioner,*

**v.**

**DEPARTMENT OF THE AIR FORCE,**
*Respondent.*

———————————————

2013-3026

———————————————

Petition for review of the Merit Systems Protection Board in consolidated case nos. AT3443060118-B-1 and AT3443060118-C-2.

———————————————

**ON MOTION**

———————————————

**O R D E R**

The Department of the Air Force moves for a 21-day extension of time, until January 23, 2013, to file its response brief. Eric Williams opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

ERIC WILLIAMS V. AIR FORCE                                    2

The motion is granted.

FOR THE COURT

 /s/ Jan Horbaly
Jan Horbaly
Clerk

s21